ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: Denise.Oki@usdoj.gov

Attorneys for United States of America

FILED

JUN 2 6 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CRAIG MICHAEL FUNK,<br><br>    Defendant. | Case No. CR 18-123 VC<br><br>**JOINT STIPULATIONS AND WAIVERS FOR BENCH TRIAL**<br><br>Date: June 26, 2018<br>Time: 3:00pm |

The parties submit the following stipulations and waivers in anticipation of a bench trial before this Court on June 26, 2018. The parties agree that the Court can rely on the stipulations below to decide Craig Michael Funk guilty or not guilty of the charges, and they submit the matter for decision by the Court on that basis.

## I. WAIVER OF RIGHTS

1. Pursuant to Federal Rule of Criminal Procedure 23, Mr. Funk waives his right to a jury trial and the government consents to have the Court conduct the trial in this case.

2. Mr. Funk waives his right to testify, to cross-examine witnesses called by the government, and to call witnesses on his own behalf, and he submits this matter for decision by the Court on the basis of the stipulations below.

## II. STIPULATIONS[1] OF TESTIMONY AND EXHIBITS

1. On November 14, 2017, at approximately 1:20 a.m., Officer Busalacchi and Officer Halligan of the San Francisco Police Department ("SFPD") were dispatched to 74 6th Street, Room #510 in San Francisco regarding a battery. Upon arrival the officers spoke with Anthony Willis and saw that Willis' right eye was swollen.

2. Willis stated that while he was in an elevator with Funk in the early hours of November 14, 2017, Funk covered the elevator's surveillance camera with his hand and showed Willis a small, black, semi-automatic handgun. Shortly after exiting the elevator, Funk forcefully entered Willis' room and punched Willis in the face with a closed fist fracturing Willis' right orbital bone. SFFD medics responded to the scene.

3. Officer Halligan interviewed Funk in his room, Room #535. Funk stated nothing had happened in the early hours of November 14, 2017 and that he was in his room "the whole time."

4. Later on November 14, 2017, at approximately 11:01 a.m., SFPD Officer Gilson and Officer Kensic responded to a report of a person with a gun at 74 6th Street. The officers interviewed

---

[1] The parties agree to a bench trial and stipulate to the testimony and exhibits described below. The parties enter into these stipulations with the understanding that Mr. Funk is not rendering moot and is preserving his right to appeal the denial of his motion to dismiss on May 22, 2018 (Doc.# 6). *See United States v. Larson*, 302 F.3d 1016, 1020 (9th Cir. 2002) (stating that appeal after a bench trial by stipulated facts not moot if the stipulations merely describe evidence the government intended to introduce at trial).

Willis, who recounted the incidents with Funk in the elevator and in Willis' room. During the conversation with Willis, Funk came walking out of the front entrance of 74 6th Street.

5. Officer Kensic reviewed two surveillance videos from inside 74 6th Street. The first video shows Willis and Funk in an elevator together and that Funk raised his hand up to the elevator's video camera as to conceal what was taking place in the elevator. The second video showed Funk entering Willis' room after Funk knocked and Willis opened the door.

6. Officer Kensic spoke to Funk and Funk gave SFPD consent to search his room, providing the officers with his room keys. Officer Kensic and Officer Gilson searched Funk's room while Funk stayed outside with Officer Schneider and Officer Parker. The officers did not find any firearm during the search.

7. Funk was placed under arrest and transported to the Tenderloin Station for battery. Officer Gilson believed there was a significant chance that he and Officer Kensic missed a firearm during the initial search of Funk's room since the room was cluttered and had numerous potential hiding spots.

8. At the SFPD Tenderloin Station, Officer Gilson spoke with Funk regarding the firearm. The officer told Funk that he intended to search his room with his federal probation officer who would bring a gun detection dog inside his room. Funk then told Officer Gilson that the gun was in his shoe rack inside his room. Funk signed a consent to search form to allow Officer Kensic and Officer Gilson access to search Funk's room a second time.

9. Officer Gilson located a Glock .40 caliber pistol with serial number FCN388 inside a purple drawstring bag that was inside a boot near the top of the shoe rack.

10. The Glock .40 caliber pistol with serial number FCN388 was not manufactured in the State of California, and therefore traveled in interstate commerce before being found in San Francisco, California on November 14, 2017.

11. The Glock .40 caliber pistol with serial number FCN388 was stolen in an auto burglary in San Francisco on June 17, 2017.

12. Prior to November 14, 2017, Funk was convicted of a crime punishable by more than one year of imprisonment.

13. Photos of the firearm, the firearm itself, the recorded Mirandized interview at the SFPD Tenderloin Station, the surveillance videos from 74 6th Street, and Funk's plea colloquy from January 23, 2018 in *People v. Funk*, Court No. 17016781, are deemed admitted into evidence for the purposes of this bench trial.

14. Neither party is aware of any witness who will testify in a manner contrary to the facts described above.

IT IS SO STIPULATED.

Dated: June 26, 2018

ALEX G. TSE
Acting United States Attorney

DENISE M. OKI
Special Assistant United States Attorneys

Dated: June 26, 2018

CRAIG MICHAEL FUNK
Defendant

Dated: June 26, 2018

CANDIS MITCHELL
Counsel for Craig Michael Funk